UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Saim Sarwar, <br><br>     Plaintiff, <br><br>     v. <br><br> Paradise Realty Co Inc., <br><br>     Defendant. | Civil Action No. 2:21–cv–113 |

## ORDER

On or before June 4, 2021, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 26th day of May 2021.

                                                           */s/ Kevin J. Doyle*
                                                           Kevin J. Doyle
                                                           United States Magistrate Judge