UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Saim Sarwar,<br><br>    Plaintiff,<br><br>    v.<br><br>Paradise Realty Co Inc.,<br><br>    Defendant. | Civil Action No. 2:21–cv–113 |

## **ORDER**

On or before August 16, 2021, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and shall also file its Corporate Disclosure Statement(s) pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 6th day of August 2021.

                                                        */s/ Kevin J. Doyle*
                                                        Kevin J. Doyle
                                                        United States Magistrate Judge