# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| SAIM SARWAR, | : |
| | : Case No.: 2:21-cv-00113-kjd |
| Plaintiff, | : |
| v. | : |
| | : |
| PARADISE REALTY CO INC., | : |
| | : |
| Defendant. | : |
| _____ | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on August 17, 2021.

| | |
|---|---|
| */s/ Tristan W. Gillespie* | */s/ Matthew D. Anderson* |
| Tristan W. Gillespie | Matthew D. Anderson, Esq. |
| | |
| THOMAS B. BACON, P.A. | Pratt Vreeland Kennelly Martin & |
| 600 Blakenham Ct. | White, Ltd. |
| Johns Creek, GA 30022 | 64 North Main Street |
| Gillespie.tristan@gmail.com | Rutland, VT 05702-0280 |
| 404-276-7277 | (802) 775-7141 |
| | mda@vermontcounsel.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |